# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Case No.: 7:22-CV-89 (WLS-TQL) |
| JUSTICE QUEEN AL-AMEEN, : | |
| : | |
| Defendant. : | |
| _____: | |

## ORDER

On September 2, 2022, this Court entered an Order denying Defendant, Justice Queen Al-Ameen's, Motion to for Leave to Proceed *in forma pauperis* as moot and remanding this matter to the Lowndes County, Georgia Superior Court. (Doc. 3.) On September 16, 2022, Defendant filed a Motion for Extension of Time to File an Appeal and Objections. (Doc. 5.) Therein, Justice Queen Al-Ameen noticed the Court that she sought to "exhaust all state and federal remedies including FILING a Complaint with The Judicial Qualifications Commission of Georgia." (Doc. 5.)

This Court construed Defendant's Motion as a Motion for Reconsideration and found that the Court did not clearly err as a matter of law as the abstention doctrine set forth in *Younger v. Harris* precluded this Court from reaching the merits of Justice Queen Al-Ameen's claims. 401 U.S. 37 (1971). (Doc. 6.) However, in order to perfect the record for the purposes of Justice Queen Al-Ameen's appeal, if any, the Court elected to permit Justice Queen Al-Ameen to present evidence as to what exactly confers subject matter jurisdiction over her State Court criminal proceedings. (Doc. 6.) Accordingly, the Court ordered Justice Queen Al-Ameen to present aforementioned evidence, and relevant authority, within fourteen (14) days of the entry of this Order, or no later than November 21, 2022. (Doc. 6.) Justice Queen Al-Ameen was also noticed that failure to comply with this Court's Order might result in the disposition of her case without further notice.

To date, Justice Queen Al-Ameen has not presented aforementioned evidence or relevant authority that would confer jurisdiction over this case. Accordingly, it is hereby **ORDERED** that this matter be **REMANDED** to the Lowndes County, State Superior Court and that this matter be closed.

**SO ORDERED**, this 7th day of December 2022.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**